

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00119-CR

Victor Manuel Gonzalez
v.
The State of Texas

On Appeal from the
464th District Court of Hidalgo County, Texas
Trial Court Cause No. CR-2410-19-L

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment of conviction for Count 2 and affirms the judgments in all other aspects by this Court. The Court orders the judgment vacated for Count 2 and affirms the judgments in accordance with its opinion.

We further order this decision certified below for observance.

August 14, 2025